1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Avenue #4
3  Oakland, California 94610
   Phone: 510/832-3555
4
5  Attorney for Defendant
   GARY SCHLOM
6

7                UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       (Oakland Venue)
9

10 | UNITED STATES OF AMERICA, | ) | Case No.CR- 09-0043-DLJ |
   | --- | --- | --- |
11 |                           | ) | |
   | Plaintiff,                | ) | STIPULATION CONTINUING |
12 |                           | ) | SENTENCING HEARING ;  **ORDER** |
   | vs.                       | ) | |
13 |                           | ) | |
   | GARY SCHLOM, at al.       | ) | |
14 |                           | ) | Date: May 22, 2009 |
   | Defendants.               | ) | Time: 10:00 a.m. |
15 | _____   | ) | Judge: Hon. D. Lowell Jensen |

16     Defendant Gary Schlom and the government, by and through their counsel,

17 agree and stipulate that, due to a scheduling conflict, the sentencing hearing for Mr.

18 Schlom should be continued from May 1, 2009 to May 22, 2009 at 10:00 a.m.  Mr.

19 Schlom is in custody at North County Jail.  Counsel for both parties and U.S.

20 Probation Officer Connie Cook are available on that date.  IT IS SO STIPULATED:

21
22 DATED: April 17, 2009              ____/S/ Suzanne A. Luban
                                      SUZANNE A. LUBAN,
23                                    Counsel for Defendant Schlom

24
25
26
27
28

                                      1

1 | DATED: April 17, 2009            /S/ Douglas Sprague[1]
2 |                                       DOUGLAS SPRAGUE
                                      Assistant United States Attorney
                                      Counsel for Plaintiff

_____

    For Good Cause Shown, IT IS SO ORDERED.

Dated: April 20, 2009            _____
                                      HON. D. LOWELL JENSEN
                                      U.S. District Judge

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                      /S/ Suzanne A. Luban
                                      SUZANNE A. LUBAN
                                      Counsel for Defendant Schlom